Sergio A. Castaneda (State Bar No. 208642)
Edward C. Yim (State Bar No. 218917)
**CASTANEDA LAW, APC**
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017
Tel:   213.212.2399
Fax:   213.402.2804
Email: sergio@castaneda-law.com
         eyim@castaneda-law.com
Attorneys for Defendant,
JOHN BEEBE

**DENIED** as Moot
BY ORDER OF THE COURT
Dated: 6/2/2023

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>EDWARD COURDY,<br>JOHN BEEBE (DEFENDANT #7), ET AL.<br><br>     Defendants. | Case No.: 2:23-cr-00200-MCS<br><br>The Honorable Judge Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JOHN BEEBE'S MOTION TO ATTEND THE PRETRIAL CONFERENCE SCHEDULED FOR JUNE 5, 2023 AT 3:00 P.M. BY TELEPHONE** |

Defendant's Motion, by and through counsel, for permission to appear telephonically at the pretrial hearing scheduled for June 5, 2023 at 3:00 P.M. is:

_____ Approved – Counsel will contact the courtroom Deputy to make telephonic arrangements.

_____ Denied.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

_____       _____
Date                                                         Honorable Judge Mark C. Scarsi